## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|     Plaintiff, : | Case No.: 3:23CV1376 (MPS) |
| vs. : | |
| EDDI'S CONTRACTOR, LLC : | |
|     Defendant. : | |

### POST-JUDGMENT STIPULATION

Whereas, the plaintiff instituted this action demanding judgment against the defendant for the sum of $34,558.69, plus interest and costs; and

Whereas, judgment entered in favor of the plaintiff on May 21, 2024, and the plaintiff and the defendant, Eddi's Contractor, LLC, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the plaintiff and the defendant, and ORDERED by this Court that;

1. The defendant shall make monthly payments of $300.00 on the 1st day of each and every month commencing on March 1, 2025, until the amount of the judgment, plus costs and interest, is paid in full. All payments shall be made payable to "U.S. Department of Justice," and reference both the "Docket No. 3:23CV1376 (MPS)" and the "CDCS # 2023A56401", and be mailed to the United States Attorney's Office, Attention: Financial Litigation Unit, 157 Church Street, 25th Floor, New Haven, Connecticut, 06510.

2. The current balance as of February 7, 2025 is $32,488.98. Interest at 5.14% per annum continues to accrue on the principal until the judgment is satisfied.

3. The defendant agrees to complete a financial statement on at least a yearly basis.

4. The amount of the monthly payment may be modified by mutual agreement of the parties or on motion of either party after consideration of the defendant's financial circumstances. The defendant agrees to immediately report any material changes in financial circumstances to the United States Attorney's Office, Financial Litigation, 157 Church Street, 25th Floor, New Haven, Connecticut, 06510, Telephone (203) 821-3700.

5. The defendant's failure to comply with the payment schedule set forth in Paragraph 1 above shall constitute a default and shall entitle the United States to declare the entire balance due immediately and shall further entitle the United States to collect upon this judgment in any manner provided by law.

6. In the event of a material misrepresentation as to the defendant's current financial circumstances and present ability to pay; or a default of the payment schedule set forth in Paragraph 1 above; or a failure to report a material change in financial circumstances, the defendant expressly waives the right to receive a demand prior to collection action, as otherwise required by the *Federal Debt Collection Procedures Act ("FDCPA")*, 28 U.S.C. §3001, *et seq.*

7. The defendant further expressly agrees that should the United States seek a wage garnishment as part of its collection action, the defendant will not object or otherwise challenge a garnishment of 25% of net disposable income, as defined by the *FDCPA*, 28 U.S.C. §3002(5), (6) and (9).

8. In addition to regular monthly payments, in accordance with Paragraph 1, the United States will submit Eddi's Contractor, LLC's debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment normally received by the defendant may be offset and applied to the debt.

9. The United States further reserves the right to secure the amount of the criminal judgment at any time by filing a lien on any property owned by Eddi's Contractor, LLC.

Entry of the foregoing stipulation is consented to by:

For Plaintiff United States of America:

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

DATED: 3-5-25

*[signature]*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
(203) 821-3700 / FAX: (203) 773-5373
FEDERAL NO. CT03393
EMAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

DATED: 02/25/25

*[signature]*

EDDI'S CONTRACTOR, LLC / EDMILSON SOUZA
8 SWAMP ROAD
NEWTOWN, CT 06470

APPROVED and SO ORDERED this 10th day of March, 2025 at Hartford, Connecticut.

/s/ MICHAEL P. SHEA

MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE